IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                                                                   20-MR-290

HAROLD MCDONALD,

Defendant.

---

## NOTICE OF APPEAL OF MAGISTRATE JUDGE'S DECISION AND ORDER ON RELEASE AND REQUEST FOR STAY

The United States of America by and through its attorney, James P. Kennedy, Jr., United States Attorney for the Western District of New York, Misha A. Coulson, Assistant United States Attorney, pursuant to Title 18, United States Code, Section 3145(a)(1), hereby files a Motion with the United States District Court in the Western District of New York, for an order revoking the Order Setting Conditions of Release for the defendant, which was conditionally ordered by United States Magistrate Judge Jeremiah J. McCarthy on September 21, 2020.

The government further moves for an Order staying said Order of the Magistrate Judge until such time as the Court can hear and determine the government's motion for review of the Magistrate Judge's determination on detention.

DATED: Buffalo, New York, September 21, 2020.

                    JAMES P. KENNEDY, JR.
                    United States Attorney

BY:   */s/ Misha A. Coulson*
       MISHA A. COULSON
       Assistant United States Attorney
       United States Attorney's Office
       Western District of New York
       138 Delaware Avenue
       Buffalo, NY  14202
       716/843-5893
       Misha.Coulson@usdoj.gov